Mark BOYD and W. D. McGinnis, Appellants,
v. UNITED STATES of America, Appellee.

No. 2967.

Circuit Court of Appeals, Fourth Circuit.
April 8, 1930.

J. P. Flanagan, of Richmond, Va., for appellant.

Irvin B. Tucker, U. S. Atty., of Whiteville, N. C.

PER CURIAM.

Appeal dismissed on motion of appellee.

CHIU SHEE v. Luther WEEDIN, United States Commissioner of Immigration at Seattle, Washington.

No. 6251.

Circuit Court of Appeals, Ninth Circuit.
Sept. 15, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to motion of appellee to docket and dismiss appeal for failure of appellant to file record and docket cause, ordered appeal dismissed; mandate forthwith.

Harry R. COLEMAN, Petitioner, v. DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF OREGON et al., Respondents.

No. 6202.

Circuit Court of Appeals, Ninth Circuit.
Sept. 18, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

It appearing that the cause against petitioner has been set down for early hearing, the petition is dismissed.

Thos. A. EARLY, as Receiver of the Farmers' and Merchants' National Bank of Lake City, S. C., Appellant, v. J. L. RICHARDSON, Appellee.

No. 2733.

Circuit Court of Appeals, Fourth Circuit.
April 17, 1930.

D. E. Ellerbe, of Florence, S. C., and R. E. Whiting, of Columbia, S. C., for appellant.

Hinds & Meadors, of Kingstree, S. C., for appellee.

PER CURIAM.

Question of law certified to Supreme Court May 24, 1929.

Mandate of Supreme Court answering question certified up in affirmative filed April 11, 1930.

Judgment reversing judgment of District Court, with costs, filed.